IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *MONTILEONE PROPERTIES, LLC,* ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | Cause No. 4:24-cv-00962 |
| and ) | |
| ) | |
| *MONTILEONE INDUSTRIES, INC.,* ) | |
| *TIMOTHY MONTILEONE* ) | |
| ) | |
| Counterclaim Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| *AAMCO TRANSMISSIONS, LLC,* ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW, Defendant/Counterclaim Plaintiff AAMCO Transmissions, LLC ("AAMCO") in the above-captioned matter, by and through its attorneys, Stanton |Barton LLC, and hereby provides notice of D. Sebastian Ciobotaru's withdrawal as counsel of record and the substitution of Adam J. Walker of Stanton | Barton LLC, as counsel of record for AAMCO, and states as follows:

1.     D. Sebastian Ciobotaru (Mo. Bar No. 72213), of Stanton | Barton LLC, has served as counsel of record for AAMCO in this action and hereby withdraws as counsel of record for AAMCO. This withdrawal is submitted for administrative and internal staffing reasons and is not the result of any dispute with the client.

2.    Further, Adam J. Walker (Mo. Bar No. 76789) of Stanton | Barton LLC, hereby substitutes his appearance for D. Sebastian Ciobotaru as counsel of record for AAMCO in this action.

3.    AAMCO has been advised of and consents to this withdrawal. AAMCO will continue to be represented in this matter by Jonathan T. Barton (Mo. Bar No. 47260) of Stanton | Barton LLC, who has previously entered his appearance and remains counsel of record for AAMCO. Accordingly, AAMCO will not be left unrepresented by reason of this withdrawal.

4.    Because AAMCO continues to be represented by other counsel of record from the same law firm, this withdrawal by notice will not prejudice the rights of the client, will not delay or disrupt these proceedings, and does not require leave of Court.

WHEREFORE, D. Sebastian Ciobotaru respectfully gives notice of his withdrawal as counsel of record for Defendant/Counterclaim Plaintiff AAMCO Transmissions, LLC, and requests that the Clerk of the Court remove him from the docket and from all future service lists and electronic notifications in this matter, while AAMCO Transmissions, LLC continues to be represented by Jonathan T. Barton and Adam J. Walker of Stanton | Barton LLC.

Respectfully Submitted,

STANTON | BARTON LLC

BY: */s/ D. Sebastian Ciobotaru*_____
     Jonathan T. Barton 47260MO
     D. Sebastian Ciobotaru 72213MO
     Adam J. Walker 76789MO
     8000 Maryland Ave | Ste 450
     St. Louis | MO | 63105
     Phone: (314) 455-6500
     Facsimile: (314) 455-6524
     jbarton@stantonbarton.com
     awalker@stantonbarton.com
     sciobotaru@stantonbarton.com

     *Attorneys for Defendant/Counterclaim Plaintiff*
     *AAMCO Transmissions LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing was sent on this  4th day of August

2026 to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *D. Sebastian Ciobotaru*